FILED

NOT FOR PUBLICATION

OCT 08 2010

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| **UNITED STATES OF AMERICA**, | No. 09-30357 |
| Plaintiff - Appellee, | D.C. No. 1:04-cr-00087-RFC-5 |
| v. | |
| **RONALD E. SMITH**, | **MEMORANDUM**[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Montana
Richard F. Cebull, Chief District Judge, Presiding

Submitted October 6, 2010[**]
Seattle, Washington

Before:    **KOZINSKI**, Chief Judge, **THOMAS** and **M. SMITH**, Circuit
Judges.

The district court considered the correct guideline range and adequately

explained its decision to impose a stricter sentence.  Federal Rule of Criminal

Procedure 32(h) does not apply to the variance.  Irizarry v. United States, 553 U.S.

---

[*]       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

[**]       The panel unanimously concludes this case is suitable for decision
without oral argument.  See Fed. R. App. P. 34(a)(2).

708, 714 (2008).  Even if it did, the government's re-sentencing memorandum gave the defendant adequate notice of the grounds for lengthening his sentence. See Fed. R. Crim. P. 32(h); cf. United States v. Cruz-Perez, 567 F.3d 1142, 1147 (9th Cir. 2009).

**AFFIRMED.**